(Pleito No. 2.—Fallado el 6 de Octubre de 1899.)

## OLIVARI contra CASTANER.

RECURSO contra sentencia dictada por el Tribunal de Distrito de Ponce.

### AUTO.

El recurso se declaró desierto de conformidad con lo dispuesto en el artículo 1,714 de la Ley de Enjuiciamiento Civil, por no haberse personado las partes dentro del término de diez días.